**Order entered April 18, 2022**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-22-00215-CV

**J.G., Appellant**

**V.**

**JERRY JONES; DALLAS COWBOYS FOOTBALL CLUB, LTD., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-13127**

### ORDER

Before the Court is appellant's April 14, 2022 motion to extend time to file brief. Appellant explains the extension is necessary because the reporter's record of the October 28, 2021 special exceptions hearing has not been filed.

The deadline for filing an appellant's brief begins to run from the date the complete appellate record has been filed. Because the reporter's record is incomplete, the brief is not yet due. Accordingly, we **DENY** the motion as premature.

We **ORDER** Gina Udall, Official Court Reporter for the 160th Judicial District Court, to file the record of the October 28, 2021 special exceptions hearing no later than May 2, 2022. Appellant's brief shall be filed within thirty days of the filing of the record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Udall and the parties.

/s/ CRAIG SMITH
JUSTICE